UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PEREZ SANTILLAN, | Case No.: 2:25-cv-02176-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| KRISTI NOEM, et al., | |
| Defendants | |

    The plaintiff filed this action in the unofficial southern division of the court, but the events described in the complaint took place in Washoe and Churchill Counties. Specifically, the plaintiff was first encountered and taken into custody by U.S. Immigration and Customs Enforcement (ICE) in Churchill County, and he is being housed at the Washoe County Detention Center. ECF No. 1 at 2, 3. Both of those locations are in the unofficial northern division of this court. LR IA 1-6. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

    I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiff regarding any limitation period and filing fee.

    Dated this 6th day of November, 2025.

                                                        _____
                                                      ANDREW P. GORDON
                                                      Chief United States District Judge